# IN THE MATTER OF THE APPLICATION OF ALEXANDER OGILVIE FOR A WRIT OF HABEAS CORPUS.

(No. 568.    Decided Feb. 23, 1895.    39 P. R. 498.)

Original application for a writ of *habeas corpus* by Alexander Ogilvie who was convicted of grand larceny in the First Judicial District for stealing live stock, and sentenced to the penitentiary. *Writ denied.*

*Mr. D. D. Hultz* and *Mr. S. A. King,* for petitioner.

*Mr. J. W. Judd,* U. S. Attorney, *contra.*

BARTCH, J.:

The petitioner in this case was indicted in the District Court of the First Judicial District, jointly with the petitioner in the case of *In re Gannett* (decided at this term) *ante,* 283, 39 Pac. 496, for the crime of grand larceny, He was tried separately, convicted, and sentenced to imprisonment in the penitentiary for a term of two years. The facts are the same in both cases and precisely the same legal questions are involved, and therefore, for our decision of all the questions raised by the record in this case, we refer to the opinion in *Re Gannett.* On the authority of that case, the application for the writ herein is denied.

MERRITT, C. J., and SMITH, J., concur.